## Commonwealth, Appellant, *v.* Oaks.

Argued June 11, 1974. *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellant; *Jon J. Auritt,* for appellee.

Order affirmed.

JACOBS and PRICE, JJ., absent.

## Commonwealth *v.* Reiss, Appellant.

Argued June 11, 1974. *William H. Simmett,* with him *William F. Donovan,* and *Novak & Donovan,* for appellant; *C. Kent Price,* Assistant District Attorney, with him *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS and PRICE, JJ., absent.